UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARROD JOHNSON,

    Petitioner,

                                                  Criminal No. 03-80028

v.                                             Civil No. 08-13515

UNITED STATES OF AMERICA,          Hon. John Corbett O'Meara

    Respondent.

_____/

## **ORDER DENYING CERTIFICATE OF APPEALABILITY**

On April 27, 2009, Petitioner filed a notice of appeal of this court's April 10, 2009 order denying his motion to vacate sentence pursuant to 28 U.S.C. § 2255. In response to Petitioner's notice of appeal, this court must determine whether to issue a certificate of appealability.

> In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, or in a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. 2253(c). If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue.

Fed. R. App. P. 22(b). The court may issue a certificate of appealability if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

> [T]he petitioner need not show that he should prevail on the merits. He has already failed in that endeavor. Rather, he must demonstrate that the issues are debatable among jurists of reason; that the court could resolve the issues [in a different manner] or that the questions are "adequate to deserve encouragement to proceed further."

Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983); Hence v. Smith, 49 F. Supp. 2d 547, 549 (E.D. Mich. 1999).

The court finds that is not debatable among jurists of reason that Petitioner's habeas petition was untimely and, therefore, subject to dismissal.  Accordingly, the court will not issue a certificate of appealability.

**SO ORDERED.**

s/John Corbett O'Meara<br>United States District Judge

Date:  July 21, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 21, 2009, by electronic and/or ordinary mail.

s/William Barkholz<br>Case Manager